**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2202**

CONSTANCE JEANNE SAMMARCO,

                Plaintiff - Appellant,

        v.

PRINCE GEORGE PUBLIC SCHOOLS,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:13-cv-01079-CCB)

Submitted:  January 28, 2014        Decided:  February 11, 2014

Before MOTZ, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Constance Jeanne Sammarco, Appellant Pro Se.   Robert Judah
Baror, Linda Hitt Thatcher, THATCHER LAW FIRM, Greenbelt,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Constance Jeanne Sammarco appeals the district court's order dismissing for failure to state a claim her complaint asserting violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2006 & Supp. 2013), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 to 634 (2012). Sammarco asserted claims that her employer subjected her to disparate treatment based on her race and age, a hostile work environment, and retaliation for protected activities. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. Sammarco v. Prince George Pub. Sch., No. 1:13-cv-01079-CCB (D. Md. Sept. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED